DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** April 23, 2025 |
| **Case Number:** CV-24-00618-PHX-DGC | |
| **Ray Jones v. Asurint Incorporated** | |

| **APPEARANCES:** | **Plaintiff Counsel** | **Defendant Counsel** |
|---|---|---|
| | Devin Fok | Leigh Eric Dowell |
| | | Catherine Nichole Van Farowe |

**TELEPHONE CONFERENCE:**

Discussion held as to the content and scheduling of motions for summary judgment. The motion for summary judgment briefing schedule is entered as stated below.

Defendant's Motion for Summary Judgment (17 pages) is due May 16, 2025.
Plaintiff's Response (17 pages) is due June 13, 2025.
Defendant's Reply (11 pages) is due June 27, 2025.

All Statements of Facts shall be limited to 10 pages.

Oral Argument is set for July 10, 2025, at 1:00 p.m. before Senior Judge Campbell in Courtroom 603 and will be conducted by Zoom.

| | |
|---|---|
| Deputy Clerk: Lisa Richter | **6 minutes** |
| Court Reporter: Scott Coniam | **Start: 3:58 PM** |
| | **Stop: 4:04 PM** |