**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ray Jones, | No. CV-24-00618-PHX-DGC |
| Plaintiff, | **ORDER** |
| v. | |
| Asurint Incorporated, et al., | |
| Defendants. | |

Defendant Trans Papa Logistics, Inc. ("TPL") has filed a motion to reconsider. Doc. 80. TPL argues that the Court clearly erred when it found that Plaintiff presented a concrete harm sufficient for Article III standing. TPL asserts that the Court misunderstood Ninth Circuit law on standing requirements under 15 U.S.C. § 1681b(b)(3).

While the Court appreciates TPL's interpretation of *Walker v. Fred Meyer, Inc.*, 953 F.3d 1082, 1094 (9th Cir. 2020), and *Dutta v. State Farm Mut. Auto. Ins. Co.*, 895 F.3d 1166 (9th Cir. 2018), it disagrees with that interpretation. The Court continues to believe its analysis in the summary judgment order is correct. *See* Doc. 77 at 7-10.

TPL argues in a footnote that it was unfairly deprived of an opportunity to respond to Plaintiff's standing arguments. Doc. 80 at 4 n.1. But TPL had two opportunities to address standing (in its motion and reply brief) and Plaintiff had one (in the surreply allowed by the Court). The unusual sequence of briefing was due entirely to TPL's decision to raise standing only in a brief footnote in its motion and then make it the primary argument in its reply. *See* Doc. 77 at 7.

**IT IS ORDERED** that TPL's motion for reconsideration (Doc. 80) is **denied**.

Dated this 19th day of August, 2025.

*David G. Campbell*
David G. Campbell
Senior United States District Judge